# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3995
_____

DAVID M. FAULK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

July 11, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and KELSEY and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

David M. Faulk, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.